**Order filed February 26, 2013**



In The

# Fourteenth Court of Appeals

## NO. 14-11-00676-CR

**THERON OWENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1167769**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibits #2 and #3.**

The clerk of the 178th District Court is directed to deliver to the Clerk of this court the original of State's Exhibits #2 and #3, on or before **March 6, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits #2 and #3, to the clerk of the 178th District Court.

PER CURIAM